**Appeal Dismissed and Memorandum Opinion filed January 30, 2020**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00761-CV**

---

**KATHERINE MILLIKEN AND CHARLES MULHALL, Appellants**

**V.**

**LUCY TUROFF, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-16699**

---

## MEMORANDUM OPINION

This is an appeal from a final judgment signed August 30, 2019. Appellants' brief was due December 2, 2019. No brief or motion to extend time to file the brief was filed.

On December 10, 2019, the court ordered appellants to file a brief by January 2, 2020. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant